IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*  \* | |
| **UNITED STATES OF AMERICA**  \* | |
| **Plaintiff**  \* | |
| \* | |
| \* | Cr. No. 15-711-011 (FAB) |
| \* | |
| **L.L.R.A (Male Juvenile)**  \* | |
| **Defendant**  \* | |
| \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*  \* | |

**MOTION REQUESTING ORDER TO SECURE JUVENILE RECORD**

**TO THE HONORABLE BRUCE MCGIVERIN**
**UNITED STATES MAGISTRATE JUDGE**
**FOR THE DISTRICT OF PUERTO RICO**

COMES NOW, JOSE LOZADA HERNANDEZ, ASSISTANT U.S. PROBATION OFFICER OF THIS HONORABLE COURT, and respectfully submits and requests as follows:

On November 16, 2015, the defendant appeared before Your Honor for the initial appearance and Detention hearing. Detention was ordered.

Our investigation has revealed that this defendant may have a juvenile record in the Minors Affairs Court of Puerto Rico. We are in the process of obtaining the pertinent court records from the local authorities on the promise of confidentiality.

**WHEREFORE**, in view of these circumstances, and in an effort to comply with our statutory duty of providing the Court with the most accurate and complete information on the defendant, we hereby enclose a proposed ORDER, by which we will be able to secure the required juvenile adjudication documents from the Minors Affairs Court of Puerto Rico. Unless the Court rules otherwise, we hereby request that the enclosed order be issued so that we may be favored with the pertinent documents.

In San Juan, Puerto Rico, this 16th day of November, 2015.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

*S\José Lozada Hernández*
José Lozada Hernández
Assistant U.S. Probation Officer
United States Probation Office
150 Carlos Chardón Avenue, Rm. 400
Federico Degetau Federal Office Building
San Juan, P.R. 00918
Telephone: (787) 281-1653
Fax: (787) 766-5651
E-mail: jose_lozada@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties.

In San Juan, Puerto Rico, this 16th day of November, 2015.

        Respectfully submitted,

        EUSTAQUIO BABILONIA, CHIEF
        U.S. PROBATION OFFICER

*S\José Lozada Hernández*
José Lozada Hernández
Assistant U.S. Probation Officer
United States Probation Office
150 Carlos Chardón Avenue, Rm. 400
Federico Degetau Federal Office Building
San Juan, P.R.  00918
Telephone: (787) 281-1653
Fax: (787) 766-5651
E-mail: jose_lozada@prp.uscourts.gov